M.D. Appeal Dkt.
9 MAP 2020

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 523 MAL 2019
                                :
             Respondent        :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
           v.              :
                                :
                                :
ERIC YALE,                      :
                                :
             Petitioner        :

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2020, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

(1)    Whether the Superior Court misapplied controlling case law and misapprehended controlling facts in concluding that the trial court did not err as a matter of law or abuse its discretion in precluding the defense from presenting evidence that Larry Thompson, an individual found at the scene, had been previously arrested for similar offenses and possessed knowledge of how to manufacture methamphetamine, to demonstrate that he was the perpetrator of the present charges?